# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

ORIGINAL

2023 AUG -3 PM 2:00

DEPUTY CLERK AGC

Vikki R Coleman
Plaintiff

v.

Swift Transportation
Defendant

3-23CV1729-G

Civil Action No.

## COMPLAINT

1. Vikki R Coleman P. O. Box 171923 Dallas, Texas 75217 Vikkicoleman1908@aol.com 214-274-1691 cell , IAm filing a lawsuit against Swift Transportation 3250 N Longhorn Dr Lancaster Tx 75134 1-800-800-2200 / Lena Dasher , Personnel / Human Resources 623-907-7812.

2. I believe US District Court for the Northern District of Texas has the power / jurisdiction to decide my case .

3. Based on my claim made to EEOC they have given me the right to sue for wrongful termination and Harrasment. EEOC, I was given. 90 day to file the charge which will be exhausted on August 3, 2023 therefore I am filing a par se.

4. The legal injuries i have sufferd are the following; Denied Job Promotion / Income loss {$130K} benefits , Decline in Health (Stress/Hypertension). The following Swift Empoyees responsible for My legal injuries are : Benard Hall-Fleet Manager, Shannon Stafford, Fleet Manager, Jesse Whitmore Terminal Manager , Christine Smith Site Human Resources and Selena Washington, Corporate Human Resources

\* Attach additional pages as needed.

| | |
|---|---|
| Date | August 3, 2023 |
| Signature | |
| Print Name | Vikki R. Coleman |
| Address | P.O. Box 171923 |
| City, State, Zip | Dallas Texas 75217 |
| Telephone | 214-274-1691 |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ EEOC<br>☐ FEPA | Agency(ies) Charge No(s):<br>450-2023-05002 |
|---|---|---|

Texas Workforce Commission Civil Rights Division **and EEOC**
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)<br>Ms. Vikki R. Coleman | Home Phone<br>214-274-1691 | Year of Birth |
|---|---|---|

Street Address
P.O. Box 171923
DALLAS, TX 75217

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>Swift Transportation | No. Employees, Members<br>15 - 100 Employees | Phone No. |
|---|---|---|

Street Address
3250 Longhorn Dr
LANCASTER, TX 75134

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address | City, State and ZIP Code

| DISCRIMINATION BASED ON<br><br>Retaliation, Sex | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest: 07/19/2022    Latest: 04/20/2023 |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I. PERSONAL HARM:

1. On April 20, 2023, I was wrongfully terminated from the Driver Leader position by Benard Hall (Manager), David Wise (Terminal Manager), and Shannon Stafford (Fleet Manager). However, Jay Crouch and Joshua Elswick have both struggled with positions and was transferred to another position instead of being terminated.

2. Beginning in July 2022 I was harassed by Benard Hall and Shannon Stafford (Fleet Manager) in that I was being written up for issues that I asked for assistance with and was insufficiently trained. On December 13, 2022, I made a complaint regarding not being sufficiently trained and harassed by the Fleet Managers regarding things that I was allegedly doing incorrectly despite having asked for training.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Ms. Vikki R. Coleman**<br>05/03/2023<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

Page 1 of 3

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>EEOC<br>FEPA | Agency(ies) Charge No(s):<br>450-2023-05002 |
|---|---|---|
| Texas Workforce Commission Civil Rights Division<br>*State or local Agency, if any* | | and EEOC |

3. I applied for the Area Sales Manager position twice and was not selected, but a White candidate was hired instead.

II. RESPONDENTS REASON FOR ADVERSE ACTION:

I was informed that I was being as terminated due to struggling for two weeks with her empty and loading calls in which it was decided that they would just part ways. However, there was no explanation as to why I never received sufficient training and was written up for issues I asked for help with.

III. DISCRIMINATION STATEMENT:

I believe that I was discriminated against because of my sex (Female), in violation of Title VII of the Civil Rights Act of 1964, as amended as well as retaliated against in violation of Section 704(a) of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Ms. Vikki R. Coleman**<br>05/03/2023<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Dallas District Office
207 S. Houston Street, 3rd Floor
Dallas, TX 75202
(800) 669-4000
Website: www.eeoc.gov

# DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 05/03/2023

**To:** Ms. Vikki R. Coleman
P.O. Box 171923
Dallas, TX 75217

Charge No: 450-2023-05002

EEOC Representative and email:   Yolanda Brown
EO Investigator
yolanda.brown@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 450-2023-05002.

On behalf of the Commission,

Digitally Signed By: Travis M. Nicholson
05/03/2023

Travis M. Nicholson
Acting District Director

Cc:
Selena Washington, HR
Swift Transportation
2200 South 75th Avenue
Phoenix, AZ 85043
selena_washington@swifttrans.com


Please retain this notice for your records.

SEPARATION NOTICE

1. Employee Name: VIKKI COLEMAN           2. SSN: 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
3. Last Employed: From   7/01/2021   To   4/20/2023   Occupation: LANTX-DRIVER LDR II-LH
4. Where was work performed?   TERMINAL OPS
5. REASON FOR SEPARATION: Lack of Work ___   Discharge XX   Quit ___
   Explanation:   CPV-OTHER (BE SPECIFIC)

6. Employee received:   ___ Wages in Lieu of Notice   ___ Separation Pay   ___ Vacation Pay
   In the amount of $ _____   for the period from _____ to _____

Employer Name: SWIFT TRANSPORTATION, INC.
Attention: COMPLIANCE DEPARTMENT
Address: 2200 SOUTH 75TH
City: PHOENIX   State: AZ   85043

I certify that the above worker has been separated from work and the information furnished hereon is true and correct. This report has been handed to or mailed to the worker.

Corporate Cost Control, Inc.(800)-683-1048

NOTICE TO EMPLOYEE

1) TAKE THIS NOTICE TO THE EMPLOYMENT SECURITY CLAIMS OFFICE IF YOU WISH TO FILE A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS.

2) VISA HOLDERS - VISA HOLDER PLEASE NOTE THAT UPON SEPARATION OF EMPLOYMENT SWIFT WILL CONTACT UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS) TO NOTIFY THEM OF THE SEPARATION. YOU ARE ADVISED TO SEEK LEGAL COUNSEL AS TO THE IMPACT OF YOUR SEPARATION FROM THE COMPANY RELATIVE TO YOUR ABILITY TO REMAIN IN THE UNITED STATES.

VIKKI COLEMAN
PO BOX 171923
DALLAS                TX   75217

RE: Swift Transportation Separation Notice

From: Lena Dashner (lena_dashner@swifttrans.com)

To: vikkicoleman1908@aol.com

Date: Tuesday, May 23, 2023 at 02:44 PM CDT

Hello,

These notices are system generated and not something we create.

Lena Dashner
Personnel/Human Resources
Direct Number  623-907-7812
Personnel Pool Line  623-907-7721



**From:** vikkicoleman1908 <vikkicoleman1908@aol.com>
**Sent:** Tuesday, May 23, 2023 12:28 PM
**To:** Lena Dashner <Lena_Dashner@Swifttrans.com>; vikkicoleman1908@aol.com
**Subject:** Swift Transportation Separation Notice

[External Email]  This email originated from outside the organization. Review the sender's email address and mouse over links before clicking or responding. Validate any requests or attachments before proceeding. If in doubt, contact the help desk.

Hello Lena,

I would like this separation info on official company letter head for Authenticity purposes. Your attention to this fourth request is GREATLY appreciated.

Sincerely,

Vikki Coleman

Ex Employee Number 457649

-------- Original message --------

From: Lena Dashner <Lena_Dashner@Swifttrans.com>

Date: 5/23/23 10:57 AM (GMT-06:00)

To: Vikkicoleman1908@aol.com

Subject: Separation Notice

Vikki,

Here is the separation notice that you requested.

This E-mail was sent from "PPHXPRO28" (MP 5055).

Scan Date: 05.23.2023 08:56:15 (-0500)
Queries to: sharescan@swifttrans.com

JS 44 (Rev. 10/20) - TXND (10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Vikki Coleman P.O. Box 171923 Dallas Tx 75217

**DEFENDANTS**
Swift Transportation 3250 Longhorn Dr Lancaster Tx 75134

(b) County of Residence of First Listed Plaintiff: Dallas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Dallas
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
NONE

Attorneys *(If Known)*
UNKNOWN

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**TORTS**
PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [x] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Employment 442

Brief description of cause:
Harrassment / Wrongful Termination

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE
08/03/2023

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____