IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VIKKI R. COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:23-CV-1729-G-BN |
| SWIFT TRANSPORTATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* docket entry 66. No objections were filed, but the plaintiff did notice an appeal of "the final judgment/order entered in this case on August 6, 2025" that failed to lodge specific objections to the proposed findings, conclusions, and recommendation and instead asserted that the plaintiff "was denied the opportunity to present evidence and question witnesses fully, was unrepresented by counsel, and that the denial of the request to speak with the judge prejudiced [her] right to a fair trial." Docket entry 70. No final judgment/order was entered on August 6, 2025. The court therefore still possesses jurisdiction over this case. Cf. *United States v. Green*, 882 F.2d 999, 1001 (5th Cir. 1989) ("Notice of appeal from a non-appealable order . . . does not render void for lack of jurisdiction acts of the trial

court taken in the interval between filing of the notice and dismissal of the appeal.").

And, after reviewing, the proposed findings, conclusions, and recommendation for

plain error and finding none, the court **ACCEPTS** the Findings, Conclusions, and

Recommendation of the United States Magistrate Judge.

      **SO ORDERED**.

September 2, 2025.

_____
**A. JOE FISH**
**Senior United States District Judge**