IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VIKKI R. COLEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:23-CV-1729-G-BN |
| SWIFT TRANSPORTATION, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

This action came on for consideration by the court, and the issues having been duly considered and a decision duly rendered, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the defendant Swift Transportation ("Swift")'s alternative motion for summary judgment (docket entry 49) is **GRANTED**, and this lawsuit is **DISMISSED WITH PREJUDICE** on the merits, **MOOTING** Swift's pending motions for an order to show cause or sanctions (docket entry 63) and to strike (docket entry 68).

September 2, 2025.

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**